Daniels, G.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 04 2017

LUCIA MARETT, on behalf of herself and
all others similarly situated,

Plaintiff,

-against-

ROSEWOOD HOTELS AND RESORTS, L.L.C.

Defendant.

No. 16-cv-8877

**STIPULATION OF
VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P.
41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, as against Defendant, ROSEWOOD HOTELS AND RESORTS, L.L.C., pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without costs or attorneys' fees to any party.

For the Defendant:

By: _____
Bran C. Noonan
Akerman LLP
666 Fifth Avenue, 20th Floor
New York, New York 10103
Telephone: (212) 880-3800
Email: bran.noonan@akerman.com

Date:
May 2, 2017

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, New York 10016
Telephone: (212) 465-1188
Email: cklee@leelitigation.com

Date:
May 2, 2017

SO ORDERED

_____  MAY 04 2017
Hon. George B. Daniels, U.S.D.J.